|  |  |  |  |
|---|---|---|---|
| DATE: | September 7, 2010 | **CASE NUMBER: 2:10-CR-18** | |
| LOCATION: | Marshall, Texas | USA | **GAYLYNNE GALE** |
| JUDGE: | Charles Everingham IV | VS. | |
| DEP. CLERK: | Jan Lockhart | | |
| RPTR/ECRO: | Jan Lockhart | Attorney: Denise Simpson | Defendant's Attorney: Wayne Dickey |
| USPO: | | | |
| INTERPRETER: | | | |
| TIME: | 4:28 p.m. to 4:39 p.m. | | |

### Initial Appearance on Indictment

☒ Hearing Called   ☐ Waiver of Video Conference signed
**☒ AUSA Denise Simpson requested that the Indictment be unsealed.**

☐ Interpreter sworn

☒ Defendant appears ☒ without counsel ☐ with counsel

☒ Appears on Indictment

☒ Date of arrest: September 7, 2010

☒ Defendant  ☒ advised of charges  ☒ advised of maximum penalties  ☒ advised of right to remain silent;
            ☒ advised of right to counsel.

☐ Defendant first appearance with counsel ☐ CJA  ☐ Ret.  ☐ USPD (Do Not Docket in Mag. Case - Without Consent

☒ Defendant requests appointed counsel, is sworn & examined re: financial status.

☐ Financial affidavit executed by defendant.  The court finds the defendant ☐ able ☒ unable to employ counsel.

☐ appointed ☒ U.S. Public Defender Wayne Dickey appointed

☒ Assistant United States Attorney summarized charges.

☐ Defendant waived further reading of charges.

☒ Government motion for detention   ☐ Government motion to continue detention hearing.

☒ Order of Conditions of Release signed

☒ Bond set $5,000 Unsecured

☒ Bond executed and defendant released

☐ Temporary detention pending hearing

☐ Defendant remanded to custody of U.S. Marshal

☒See page 2

**ARRAIGNMENT**

☒ Arraignment on:       ☒ INDICTMENT
              held on counts ☐ 1 ☐ 2 ☐ 3 ☐4  ☐5 ☐ 6  ☐ 7  ☐ 8 ☐ 9  ☐10  ☐ 11 ☐12
              ☒ all counts;  other counts _____

☐ Defendant ☐ Probation violator ☐Supervised  Release violator appears: ☐ with ☐ without counsel ☐ pro se

☐ Counsel appears on behalf of defendant

☐ Defendant   ☐ sworn ☐ physically/mentally ready     ☐ name spelled
              ☐ received copy of charges   ☐ discussed charges with counsel    ☐ charges read
              ☐ waived reading of charges  ☐ No pressure to plead

☒ Defendant enters a plea of: ☐ (not guilty)
              to counts:  ☐ 1  ☐ 2  ☐ 3  ☐ 4  ☐ 5  ☐ 6  ☐ 7  ☐ 8  ☐ 9  ☐ 10  ☐ 11  ☐ 12
              ☒ all counts;  other counts  _____
☐ Discovery order entered.  Defendant has _____ days or until _____ to file motions not covered by this order;
         Government has _____ days or until _____ to respond.
☐ Sentencing deferred for pre-sentence investigation.

☐ Sentencing set for _____ before Judge _____

☒ Last day to change plea October 20, 2010 by 3:00 p.m.

☒ Pretrial set for October 26, 2010 at 2:30 p.m.

☒ Jury selection set for November 1, 2010 at 9:00 a.m. before Judge Ward.

☐ Government motion _____     ☐ _____

☐ Defendant motion _____      ☐ _____

☐ Defendant remanded to custody US Marshal            ☐ Bond continued

OTHER: _____
_____
_____

ADJOURN : 4:39 p.m.