IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 2:10CR18 |
| | § | Judge Ward |
| GAYLYNNE GALE | § | |

## FACTUAL RESUME

Investigation by the United States Social Security Administration, Office of the Inspector General (SSA-OIG), disclosed the following facts that establish that I, the defendant, **Gaylynne Gale**, violated 18 U.S.C. § 641. I accept the following factual basis as true and correct:

1. Beginning in or around February 2004, and continuing without interruption until in or around June 2010, in Upshur County, within the Eastern District of Texas, I stole money, approximately $47,530, from the Social Security Administration in the form of Social Security Supplemental Security Income payments (SSI payments).

2. I knew that the money belonged to the United States government and had a value in excess of $1,000.

3. I stole the money for my own use and the use of my family.

4. I stole the money knowing that it was not mine and with intent to deprive the owner of the use of the money.

5. I acknowledge that the loss caused by my criminal conduct to the victims, the Social Security Administration and the Texas Health and Human Services Commission, was not less than $149,089.17.

**Factual Resume - Page 1**

6. **Gaylynne Gale** acknowledges that these acts constitute a violation of 18 U.S.C. § 641 (Theft of Government Property).

I hereby stipulate that the facts described above are true and correct and accept them as the uncontroverted facts of this case.

Dated: 7/13/11

X *Gaylynne Gale*
Defendant

### Defendant's Counsel's Signature and Acknowledgment:

I have read this Factual Resume and the Plea Agreement in this matter and have reviewed them with my client, **Gaylynne Gale**. Based upon my discussions with my client, I am satisfied that she understands the terms and effects of the Factual Resume and the Plea Agreement and that she is signing this Factual Resume voluntarily.

Dated: 7/13/11

Wayne Dickey
Attorney for Defendant

Factual Resume - Page 2